| PROB 22 (Rev. 8/97) | | DOCKET NUMBER *(Tran. Court)* 5:04CR02151-001 |
|---|---|---|
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Luis Marroquin Illinois | DISTRICT SOUTHERN DISTRICT OF TEXAS | DIVISION LAREDO DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable George P. Kazen | |
| 08CR 0015 | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 10/30/2006    TO 10/29/2009 |

OFFENSE

Possession with intent to distribute a quantity less than 50 kilograms of marihuana in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D)

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF TEXAS</u>

It is ordered that the jurisdiction of this probationer or supervised releasee be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT OF ILLINOIS/LISLE DIVISION on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

11/3/07
*Date*

George P. Kazen
United States District Judge

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS/LISLE DIVISION

Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

JAN - 8 2008
*Effective Date*

James F. Holderman
United States District Judge

# F I L E D

JAN 0 9 2008

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.**

UNITED STATES GOVERNMENT

MEMORANDUM

**DATE:** December 20, 2007

**08CR 0015**

**REPLY TO**
**ATTN OF:** U. S. Probation Office
55 East Monroe Street, Room 1500
Chicago, Illinois 60603

**JUDGE BUCKLO**

**SUBJECT:** Transfer of Jurisdiction

**MAGISTRATE JUDGE MASON**

**TO:** Mrs. Alyce Mobley-Morris
Courtroom Deputy to Chief Judge Holderman
U. S. Court House, Room 2548

RE: MARROQUIN, Luis

DOCKET NO. OF
TRANSFERRING COURT: 5:04CR02151-001

Enclosed is Probation Form 22 initiating transfer of jurisdiction to our district. Please return the signed copies accepting jurisdiction to this office.

Thank you.

Attachment

cc:   Bridget Gannon
      U. S. Probation Officer

taw