

**F I L E D**

FEB 0 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
1300 Victoria Street, Room 1131
Laredo, Texas 78040

January 28, 2008

US District Court
US Courthouse, 20th Floor
219 South Dearborn St
Chicago IL 60604

**08CR15
JUDGE BUCKLO
MAGISTRATE JUDGE MASON**

RE:  L:04-CR-2151-1
USA Vs. Luis Marroquin
LAREDO DIVISION

Dear Clerk,

Enclosed for probation transfer are certified copies of the following:

*INDICTMENT*
*JUDGMENT*
*TRANSFER OF JURISDICTION*
*FINANCIAL STATEMENT*
*DOCKET SHEET*

Please complete the receipt below and return the copy of this letter.

Very truly yours,
MICHAEL N. MILBY, CLERK

By: _____
Debbie Flores, Deputy Clerk

xc:   U. S. Probation, Laredo

Received and filed under Docket No._____on_____, 2008.
CLERK, U. S. DISTRICT COURT, By:_____.

JUDGE BUCKLO    MAGISTRATE JUDGE MASON

| PROB 22 (Rev. 8/97) | | DOCKET NUMBER *(Tran. Court)* 5:04CR02151-001 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |

United States District Court
Southern District of Texas
FILED
JAN 1 8 2008
Michael N. Milby, Clerk
Laredo Division

**08CR 0015**

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Luis Marroquin<br>Illinois | SOUTHERN DISTRICT OF TEXAS | LAREDO DIVISION |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable George P. Kazen | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 10/30/2006    TO 10/29/2009 |

OFFENSE

Possession with intent to distribute a quantity less than 50 kilograms of marijuana in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D)

DOCKETED
JAN 1 4 2008

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF TEXAS</u>

It is ordered that the jurisdiction of this probationer or supervised releasee be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT OF ILLINOIS/LISLE DIVISION on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

11/3/07
_____
Date

_____
George P. Kazen
United States District Judge

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS/LISLE DIVISION

Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

JAN - 8 2008
_____
Effective Date

_____
James F. Holderman
United States District Judge

F I L E D

JAN 0 9 2008 CM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TRUE COPY, I CERTIFY
ATTEST:
Michael N. Milby, Clerk
_____
Deputy Clerk

```
RUN ON 01/28/08                          FEDERAL COURT SYSTEMS                              PAGE: 1
                                       SOUTHERN DISTRICT OF TX
                                          CASE INQUIRY REPORT
********************************************************************************************
CASE NO: 5:04-CR-2151-1     TITLE: USA VS LUIS MARROQUIN
********************************************************************************************

DEFENDANT #       ORDERED AMOUNT    AMOUNT PAID    BALANCE DUE     ACCOUNT        PAYMENT TYPE
LUIS MARROQUIN         100.00           50.00         50.00         504100     SPECIAL ASSESSMENT
                       ------           -----         -----
                       100.00           50.00         50.00

TRANSACTION    RECEIPT/    RECEIPT/    INCREASE/    TYPE OF    ACCOUNT    DEFENDANT           OTHER
               VOUCHER     VOUCHER     (DECREASE)   TRANS-     NUMBER     PAYEE/BANK
               NUMBER      DATE        CASE BAL     ACTION                NUMBER
RECEIVED       40410769301 05/07/06    25.00        CH         504100     1                   25.00
RECEIVED       40411100701 09/10/06    25.00        CH         504100     1                   25.00

********** CASE SUMMARY **********

TOTAL CASE BALANCE:                                 50.00

BALANCE IN U.S. TREASURY:
CASE DEPOSITORY MAINT. BALANCE :                                  0.00
                                                                  0.00
BALANCE IN COMMERCIAL BANKS:                              U.S.              COMMERCIAL
CASE DEPOSITORY MAINT. BALANCE :                          TREASURY          BANKS
                                                                  0.00
                                                                  0.00
DEPOSITS TO RECEIPT ACCOUNTS:                                                      50.00

TYPE OF TRANSACTION:
AD: ADJUSTMENT-388800     AJ: ADJUSTMENT          BV: BANK VOUCHER      CH: CASH
BD: DIRECT BANK DEPOSIT   BT: BANK TRANSFER       CC: CREDIT CARD       CR: CASE REFUND
CK: CHECK                 CL: COLLATERAL          CN: CONVERSION        FF: FORFEITURE
CV: CASE VOUCHER          DW: DIRECT WITHDRAWL    DV: DEBIT VOUCHER     VD: VOID
I : INTEREST              MO: MONEY ORDER         TR: TRANSFER
```

TRUE COPY, I CERTIFY
ATTEST:
Michael N. Milby, Clerk
Deputy Clerk

CLOSED

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Laredo)
## CRIMINAL DOCKET FOR CASE #: 5:04-cr-02151 All Defendants
### Internal Use Only

Case title: USA v. Marroquin  
Magistrate judge case number: 5:04-mj-10031

Date Filed: 10/19/2004  
Date Terminated: 09/09/2005

Assigned to: Judge George P. Kazen

**Defendant**

**Luis Marroquin** (1)  
*TERMINATED: 09/09/2005*

represented by **Federal Public Defender - Laredo**  
1501 Matamoros Street  
Laredo, TX 78040-4912  
Fax: INS_lfpd  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

MARIJUANA - SELL, DISTRIBUTE, OR DISPENSE; Possess with intent to distribute approx 74 kilograms of marihuana; PENALTY: 10 Yrs. to Life and/or $4 million, $100 Spec Assessments 5 yrs Max Term of Supervised Release  
(1)

**Disposition**

13 mos to serve; 3 yrs tsr; no fine; $100 cvf; 75 hrs of community service within 1st yr of tsr; drug aftercare; placement near Cook County, Illinois area; ct 2 dismissed on Gvts oral motion; 10 days to appeal

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

CONTROLLED SUBSTANCE - IMPORT; PENALTY: 10 Yrs. to Life and/or $4 million, $100 Spec Assessments 5 yrs Max Term of Supervised Release  
(2)

**Disposition**

Count 2 dismissed on Gvts oral motion

**Highest Offense Level (Terminated)**

TRUE COPY, I CERTIFY  
ATTEST:  
Michael N. Milby, Clerk  
_____  
Deputy Clerk

Felony

| **Complaints** | **Disposition** |
|---|---|
| 21:952=MI.F Marijuana - Import, 21:841A=MD.F Marijuana - Sell, Distribute, or Dispense | |

**Plaintiff**

USA     represented by     **Financial Litigation**
U S Attorney's Office
Southern District of Texas
P O Box 61129
Houston, TX 77208
713-567-9000
Fax: 713-718-3391 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Pretrial Svcs-La**
PO Box 1460
Laredo, TX 78042-1460
956-794-1030 fax
Fax: 956-790-1743
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Probation - L**
1300 Victoria, Ste 2111
Laredo, TX 78040
956-726-2915 fax
Fax: 956-726-2915 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Matthew James Rinka**
Assistant United States Attorney
PO Box 1179
Laredo, TX 78042-1179
956-723-6523
Email: matthew.rinka@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 09/27/2004 | 1 | COMPLAINT as to Luis Marroquin (1), filed. (nortiz, ) [5:04-mj-10031] (Entered: 10/05/2004) |
| 09/27/2004 | 2 | Minute Entry for proceedings held before Judge Marcel C. Notzon :INITIAL APPEARANCE as to Luis Marroquin,(Deft informed of rights) held on 9/27/2004, bond set at $75,000. c/s, Added attorney Federal Public Defender for Luis Marroquin. Preliminary Examination set for 10/7/2004 at 11:00 AM in Courtroom 2A before Magistrate Judge Marcel C. Notzon Appearances:E Rivas, PTSO; R Ramirez, AUSA; Luis De Leon, Customs; R Garza, Federal Public Defender.(ERO:P Galvan) (Interpreter:D Gonzalez) , filed.(nortiz, ) [5:04-mj-10031] (Entered: 10/05/2004) |
| 09/27/2004 | 3 | (Court only) CJA 23 Financial Affidavit by Luis Marroquin , filed. (nortiz, ) [5:04-mj-10031] (Entered: 10/05/2004) |
| 09/27/2004 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Federal Public Defender for Luis Marroquin ( Signed by Judge Marcel C. Notzon ). Parties notified. (nortiz, ) [5:04-mj-10031] (Entered: 10/05/2004) |
| 09/28/2004 | 5 | WAIVER of Preliminary Examination or Hearing by Luis Marroquin, filed.(nortiz, ) [5:04-mj-10031] (Entered: 10/06/2004) |
| 10/19/2004 | 6 | INDICTMENT as to Luis Marroquin (1) count(s) 1, 2, filed. (kjohnson, ) (Entered: 10/30/2004) |
| 10/19/2004 |  | **Added Pretrial Services, Financial Litigation and Probation (kjohnson, ) (Entered: 10/30/2004) |
| 10/28/2004 | 7 | Minute Entry for proceedings held before Judge Marcel C. Notzon :DOCKET CALL as to Luis Marroquin; Arraignment not held; Reset to 11/1/04 @ 11:00 w/ Judge Arce-Flores. Appearances:Rob Jones f/gov.(ERO:Pat Galvan) , filed.(kjohnson, ) (Entered: 11/01/2004) |
| 10/29/2004 | 10 | WAIVER of Arraignment as to Luis Marroquin, Order accepting Waiver signed by US Magistrate Judge Marcel C. Notzon, filed.(bmendoza, ) (Entered: 11/15/2004) |
| 11/01/2004 | 8 | Minute Entry for proceedings held before Judge Adriana Arce-Flores :DOCKET CALL Arraignment as to Luis Marroquin held on 11/1/2004 Atty. advised the Court that a Waiver of Arraignment has already been filed. Appearances:Marian Marmolejo f/gvt.AFPD Paul Saenz f/dft , filed.(bmendoza, ) (Entered: 11/03/2004) |
| 11/01/2004 | 9 | SCHEDULING ORDER as to Luis Marroquin. Dispositive Motion Filing due by 11/12/2004 @ 10:00 a.m., Final Pretrial Conference set for 12/14/2004 at 09:00 AM, Jury Selection set for 12/17/2004 at 01:30 PM in Courtroom 3A before Judge George P. Kazen( by Judge George P. Kazen ). Parties notified. (bmendoza, ) (Entered: 11/03/2004) |
| 11/15/2004 | 11 | appearance Bond Entered as to Luis Marroquin in amount of $ 1,000.00, filed. (bmendoza, ) (Entered: 11/17/2004) |

| 12/14/2004 | 🔵 | LETTER as to Luis Marroquin re: PSR with an original disclosure dats of 1/18/2005 is now complete. The new disclosre date is 12/28/04, filed. (bmendoza, ) (Entered: 12/17/2004) |
|---|---|---|
| 12/14/2004 | 🔵 12 | Minute Entry for proceedings held before Judge George P. Kazen :RE-ARRAIGNMENT held on 12/14/2004. Luis Marroquin (1) Guilty Count 1. Written Plea Agreement; Factual Basis of Guilty Plea Appearances:Matt Rinka f/gvtDavid Almaraz f/dft(Court Reporter: Leticia E. Verdin) (Interpreter:N/A) Deft continued on Bond, filed. (bmendoza, ) (Entered: 12/19/2004) |
| 12/14/2004 | 🔵 13 | PLEA AGREEMENT as to Luis Marroquin , filed. (bmendoza, ) (Entered: 12/19/2004) |
| 12/14/2004 | 🔵 14 | Factual Basis For Guilty Plea by USA as to Luis Marroquin , filed. (bmendoza, ) (Entered: 12/19/2004) |
| 12/14/2004 | 🔵 15 | ORDER for Presentence Investigation and Disclosure & Sentencing Dates as to Luis Marroquin. PSI Completion due by 1/18/2005. Objection to PSI due by 2/1/2005 Final PSI due by 2/15/2005(by Judge Keith P Ellison ). Parties notified. (bmendoza, ) (Entered: 12/19/2004) |
| 03/14/2005 | 🔵 | LETTER as to Luis Marroquin re: PSI, filed. The Presentence Report with an original Court disclosure date of 01/18/05 is now complete. The new disclosure date is 03/11/05. ( dflores ) (Entered: 03/21/2005) |
| 04/18/2005 | 🔵 16 | FINAL PRESENTENCE INVESTIGATION REPORT (Sealed) as to Luis Marroquin, no objections, filed.( dflores ) (Entered: 04/22/2005) |
| 04/18/2005 | 🔵 17 | CONFIDENTIAL SENTENCING REC0MMENDATION (Sealed) regarding Luis Marroquin, filed.( dflores ) (Entered: 04/22/2005) |
| 09/09/2005 | 🔵 18 | Minute Entry for proceedings held before Judge George P. Kazen: Sentencing held on 9/9/2005 for Luis Marroquin (1), Count(s) 1. ***SENTENCE: 13 mos to serve; 3 yrs tsr; no fine; $100 cvf; 75 hrs of community service within 1st yr of tsr; drug aftercare; placement near Cook County, Illinois area; ct 2 dismissed on Gvts oral motion; 10 days to appeal. Appearances: Robert Ramirez f/Gvt; David Almaraz f/dft. (Court Reporter: Leticia E Verdin) Deft continued on bond, filed. ( dflores ) (Entered: 09/12/2005) |
| 09/09/2005 | 🔵 | DISMISSAL OF COUNT on Governments oral Motion as to Luis Marroquin (1) Count 2. ( dflores ) (Entered: 09/12/2005) |
| 09/09/2005 | 🔵 19 | NOTICE OF NON-APPEAL by Luis Marroquin, filed. ( dflores ) (Entered: 09/12/2005) |
| 09/09/2005 | | (Court only) ***Case Terminated as to Luis Marroquin. ( dflores ) (Entered: 09/12/2005) |
| 09/15/2005 | 🔵 20 | JUDGMENT as to Luis Marroquin (The Statement of Reasons has been placed under seal in the envelope with the Original Presentence Report. Copies of the SOR have been sent to the defendant's attorney, the AUSA, and the US Marshal). ( Signed by Judge George P. Kazen ) Parties |

| | | |
|---|---|---|
| | | notified. ( dflores ) (Entered: 09/18/2005) |
| 11/23/2005 | 🌑 21 | ORDER TO SURRENDER on 12/12/2005 @ 2:00 p.m. to MCC Chicago as to Luis Marroquin ( Signed by Judge George P. Kazen ). Parties notified. (bmendoza, ) (Entered: 11/23/2005) |
| 12/20/2005 | 🌑 | CERTIFIED MAIL RETURNED UNDELIVERABLE re: Order To Surrender as to Luis Marroquin. Mr. Anthony Vidal with US Pretrial Services was notified of this letter being returned undeliverable., filed. (bmendoza, ) (Entered: 12/22/2005) |
| 01/26/2006 | 🌑 22 | MEMORANDUM as to Luis Marroquin re 21 Order to Surrender, filed. Dft did surrender. ( dflores ) (Entered: 01/26/2006) |
| 06/06/2007 | 🌑 23 | ORDER to Disburse Bond in the amount of $1,000.00 to Depositor: David Almaraz as to Luis Marroquin ( Signed by Judge George P. Kazen ) Parties notified. (mmarquez) (Entered: 06/08/2007) |
| 01/18/2008 | 🌑 24 | Supervised/Probation Release Jurisdiction transferred to Northern District of Illinois/Lisle Division as to Luis Marroquin, filed. ( dflores ) (Entered: 01/28/2008) |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

United States District Court
Southern District of Texas
FILED
OCT 1 9 2004
Michael N. Milby, Clerk
Laredo Division

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NO. |
| | § | |
| LUIS MARROQUIN | § | **L-04-2151** |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about September 26, 2004, in the Southern District of Texas and within the jurisdiction of the Court, **Defendant,**

**LUIS MARROQUIN,**

did knowingly and intentionally possess with intent to distribute a controlled substance. This offense involves a quantity less than 50 kilograms of marihuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

**THE GRAND JURY ADDITIONALLY CHARGES THE FOLLOWING, WITH REGARD TO THE ABOVE-DESCRIBED OFFENSE:**

1. This offense involved approximately 33.65 kilograms of marihuana, a Schedule I controlled substance.

### COUNT TWO

On or about September 26, 2004, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendant,**

### LUIS MARROQUIN,

did knowingly and intentionally import into the United States of America from the republic of Mexico a controlled substance. This offense involves a quantity less than 50 kilograms of marihuana a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 952(a).

**THE GRAND JURY ADDITIONALLY CHARGES THE FOLLOWING, WITH REGARD TO THE ABOVE-DESCRIBED OFFENSE:**

1. This offense involved approximately 33.65 kilograms of marihuana, a Schedule I controlled substance.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

_____
MATTHEW J. RINKA
Assistant United States Attorney

TRUE COPY, I CERTIFY
ATTEST:
Michael N. Milby, Clerk
_____
Deputy Clerk

AO 245B   (Rev. 12/03) Judgment in a Criminal Case
Sheet 1

United States District Court
Southern District of Texas
ENTERED
SEP 1 8 2005
Michael N. Milby, Clerk
Laredo Division

United States District Court
Southern District of Texas
FILED
SEP 1 5 2005  H
Michael N. Milby, Clerk
Laredo Division

# UNITED STATES DISTRICT COURT
## Southern District of Texas
### Holding Session in Laredo

UNITED STATES OF AMERICA
v.
**LUIS MARROQUIN**

## JUDGMENT IN A CRIMINAL CASE

CASE NUMBER: 5:04CR02151-001
USM NUMBER: 43098-179

David Almaraz
Defendant's Attorney

☐ See Additional Aliases.

**THE DEFENDANT:**

☒ pleaded guilty to count(s)   one on December 14, 2004

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D) | Possession with intent to distribute a quantity less than 50 kilograms of marihuana | 09/26/2004 | One |

☐ See Additional Counts of Conviction.

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☒ Count(s)  two           ☒ is  ☐ are   dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

TRUE COPY, I CERTIFY
ATTEST:
Michael N. Milby, Clerk
Deputy Clerk

September 9, 2005
Date of Imposition of Judgment

Signature of Judge

**GEORGE P. KAZEN**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

9/13/05
Date

MFL/CBC/es

AO 245B (Rev. 12/03) Judgment in a Criminal Case
Sheet 2 -- Imprisonment

Judgment -- Page 2 of 6

DEFENDANT: LUIS MARROQUIN
CASE NUMBER: 5:04CR02151-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ____13 months.____

The defendant was advised of the right to appeal the sentence, including the right to appeal in forma pauperis, upon proper documentation.

☐ See Additional Imprisonment Terms.

☒ The court makes the following recommendations to the Bureau of Prisons:
The Court recommends designation in Illinois. The defendant has no family in Texas.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
           Sheet 3 -- Supervised Release

Judgment -- Page 3 of 6

DEFENDANT: LUIS MARROQUIN
CASE NUMBER: 5:04CR02151-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: <u>3 year(s).</u>

☐ See Additional Supervised Release Terms.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. *(for offenses committed on or after September 13, 1994)*

  ☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☒ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

☒ See Special Conditions of Supervision.

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B   (Rev. 12/03) Judgment in a Criminal Case
          Sheet 3C -- Supervised Release

Judgment -- Page 4 of 6

DEFENDANT: LUIS MARROQUIN
CASE NUMBER: 5:04CR02151-001

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall participate in a program, inpatient or outpatient, for the treatment of drug and/or alcohol addiction, dependency or abuse which may include, but not be limited to urine, breath, saliva and skin testing to determine whether the defendant has reverted to the use of drugs and/or alcohol. Further, the defendant shall participate as instructed and as deemed necessary by the probation officer and shall comply with all rules and regulations of the treatment agency until discharged by the Program Director with the approval of the probation officer. The defendant shall further submit to drug-detection techniques, in addition to those performed by the treatment agency, as directed by the probation officer. The defendant will incur costs associated with such drug/alcohol detection and treatment, based on ability to pay as determined by the probation officer.

The defendant is required to perform 75 hours of community service as approved by the probation officer to be completed within the first year of supervised release.

AO 245B  (Rev. 12/03) Judgment in a Criminal Case
         Sheet 5 -- Criminal Monetary Penalties

Judgment -- Page 5 of 6

DEFENDANT:  LUIS MARROQUIN
CASE NUMBER:  5:04CR02151-001

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $100 | | |

☐ See Additional Terms for Criminal Monetary Penalties.

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal payees must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

☐ See Additional Restitution Payees.

**TOTALS**  $ 0.00  $ 0.00

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐ the interest requirement is waived for the ☐ fine    ☐ restitution.

  ☐ the interest requirement for the ☐ fine    ☐ restitution is modified as follows:

☐ Based on the Government's motion, the Court finds that reasonable efforts to collect the special assessment are not likely to be effective. Therefore, the assessment is hereby remitted.

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
           Sheet 6 -- Schedule of Payments

Judgment -- Page 6 of 6

DEFENDANT: LUIS MARROQUIN
CASE NUMBER: 5:04CR02151-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A ☒ Lump sum payment of $ __100__ due immediately, balance due
    ☐ not later than _____, or
    ☒ in accordance with ☐ C, ☐ D, ☐ E, or ☒ F below; or

B ☐ Payment to begin immediately (may be combined with ☐ C,   ☐ D, or ☐ F below); or

C ☐ Payment in equal _____ installments of $ _____ over a period of _____, to commence _____ days after the date of this judgment; or

D ☐ Payment in equal _____ installments of $ _____ over a period of _____, to commence _____ days after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ days after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☒ Special instructions regarding the payment of criminal monetary penalties:
    Make all payments payable to: U.S. District Clerk, 1300 Victoria, Ste. 1131, Laredo, TX 78040

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

**Case Number**
**Defendant and Co-Defendant Names**
**(Including defendant number)**    **Total Amount**    **Joint and Several Amount**    **Corresponding Payee, if appropriate**

☐ See Additional Defendants and Co-Defendants Held Joint and Several.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

☐ See Additional Forfeited Property.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.